## (May 9, 1961)

■ In the Matter of EDWARD K. PINCUS, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by respondent to dismiss proceeding and to vacate stay denied, on condition that petitioner perfect the proceeding and be ready to argue or submit it at the June Term, beginning May 22, 1961; proceeding ordered on the calendar for said term. The record and petitioner's brief must be served and filed on or before May 15, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MINNESOTA MINING & MANUFACTURING COMPANY, Respondent-Appellant, v. TECHNICAL TAPE CORP. et al., Appellants-Respondents, et al., Defendant. — Motion by plaintiff to dismiss the defendants' appeals denied, on condition that defendants perfect the appeals and be ready to argue or submit them at the October Term, beginning October 2, 1961; appeals ordered on the calendar for said term. The record and the briefs of the respective parties as to all the appeals (including plaintiff's cross appeal), must be served and filed as follows: The record and defendants' main brief, on or before July 14, 1961; plaintiff's brief on or before September 5, 1961; defendants' reply brief, on or before September 25, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ GILCHREST-GREAT NECK, INC., Respondent, v. RUTH BYER, Appellant. — Motion by appellant for a stay of all proceedings upon: (1) the order granting summary judgment in favor of respondent, and (2) the judgment entered thereon, pending appeal therefrom, granted on condition that, within 10 days after entry of the order hereon, appellant shall file an undertaking for $6,000, with corporate surety, to pay the judgment, interest and costs in the event the order and judgment be affirmed or the appeal be dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DE WITT T. HARRIS, SR., Appellant, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— On the court's own motion, leave to appeal as a poor person and for assignment of counsel, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Gaius C. Bolin, Jr., Esq., 11 Market Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.